UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELLSEA MONGE,

                                  Plaintiff,

      -against-

POSITIVE PROMOTIONS, INC., NELSON TAXEL,
and ROY RYNIKER,

                                  Defendants.
------------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

Case No. 2:21-cv-04695(DRH)(ST)

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, and ordered by the Court, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **THE SIEGEL LAW FIRM, P.C.** | **WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP** |
| By: _____ <br> Bradley R. Siegel, Esq. <br> 591 Stewart Avenue, Suite 400 <br> Garden City, New York 11530 <br> (516) 558-7559 <br> bradley@thesiegellawfirm.com | By: _____ <br> Guy M. Allen, Esq. <br> 1201 RXR Plaza <br> Uniondale, New York 11556 <br> 516-622-9200 <br> gallen@westermanllp.com |
| *Attorneys for Plaintiff* <br> Dated: 3/24, 2022 | *Attorneys for Defendants* <br> Dated: March 24, 2022 |

**SO ORDERED:**

Central Islip, New York

_____
Dated

                                        _____
                                        Steven L. Tiscione, U.S.M.J.